In the Matter of the Claim of CARMINE PASSARELLI, Claimant, against BAKER & YETTMAN, INC., and Others, Defendants.— Motion by the defendants Columbia Engineering & Contracting Co., Inc., and Metropolitan Casualty Company for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of NATHAN FIRTLE, Respondent, against ISIDORE KAPLAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MARGARET T. CARR, Respondent, against LEWISTON UNION SCHOOL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of HARRY MELNICK, Respondent, against RAYMOND & Co., Respondent, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the employer against the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of VICTORIA ST. GEORGE, Respondent, against NORTH COLLINS CANNING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of LEON RENNA, Respondent, against ANTONIO MAIO, Respondent, and ÆTNA LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MICHAEL KAIRYS, Respondent, against ROCKWOOD & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ABRAHAM MATILSKY, Respondent, against CHARLES PICOULT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of THOMAS D. LILLIS, Respondent, against THE GREAT ATLANTIC AND PACIFIC TEA COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of LEAH TREIBER, Respondent, against CHARITY ORGANIZATION SOCIETY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.